Karen Sue Naylor, Chapter 7 Trustee
P.O. Box 504
Santa Ana, CA 92702-0504
knaylor@burd-naylor.com
Telephone: (714) 708-3900

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   8:15-bk-15240-TA |
| ARTISAN BISTRO FOODS, INC. | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Karen Sue Naylor, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W. FOURTH STREET, SUITE 2030
SANTA ANA, CA 92701

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on November 28, 2017 in Courtroom 5B, U. S. Bankruptcy Court, located at 411 W. Fourth Street, Santa Ana, CA, 92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

****NOTE:  Pursuant to the Surcharge Motion [Doc 66] and Order [Doc 93] thereon entered 09/22/17, a chart, attached as Exhibit "1" to the Chapter 7 Trustee's Declaration in Support of Trustee's Final Report, sets forth the approved mechanism of distribution.  See Declaration and Exhibit "1" setting forth the proposed distribution of the funds on hand.

Date Mailed:   10/16/2017                    By :   /s/ Karen Sue Naylor
                                                        Trustee

Karen Sue Naylor
P.O. Box 504
Santa Ana, CA 92702-0504

UST Form 101-7-NFR (10/1/2010)(Page 1 )

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

ARTISAN BISTRO FOODS, INC.

Case No.  8:15-bk-15240-TA

Debtors(s)

SUMMARY OF  TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 211,597.17 |
| and approved disbursements of | $ | 114,499.85 |
| leaving a balance on hand of: | $ | 97,097.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000015 | TWIN CITY FOODS, INC. | $ 6,230.00 | $ 6,230.00 | $ 0.00 | $ 6,230.00 |
| 000024 | LSQ FUNDING GROUP L.C. | $ 97,804.39 | $ 97,804.39 | $ 97,804.39 | $ 0.00 |
| 000034 | DICKINSON FROZEN FOODS | $ 10,052.00 | $ 10,052.00 | $ 0.00 | $ 10,052.00 |
| Total to be paid to secured creditors | | | | $ | 16,282.00 |
| Remaining Balance | | | | $ | 80,815.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Karen Sue Naylor | $ 13,829.86 | $ 0.00 | $ 11,563.90 |
| Trustee, Expenses: Karen Sue Naylor | $ 920.46 | $ 0.00 | $ 441.72 |
| Attorney for Trustee, Fees: RINGSTAD & SANDERS LLP | $ 37,592.50 | $ 0.00 | $ 31,433.15 |
| Attorney for Trustee, Expenses: RINGSTAD & SANDERS LLP | $ 2,494.04 | $ 0.00 | $ 2,085.40 |
| Other: MDG REAL ESTATE, LLC | $ 36,383.45 | $ 0.00 | $ 30,422.19 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: HAHN FIFE & COMPANY, LLP | $ 7,916.50 | $ 0.00 | $ 3,646.01 |
| Other: HAHN FIFE & COMPANY, LLP | $ 383.60 | $ 0.00 | $ 125.32 |
| Other: U.S. TELEPACIFIC CORP. | $ 909.99 | $ 0.00 | $ 297.30 |
| Other: FRANCHISE TAX BOARD | $ 822.04 | $ 0.00 | $ 268.56 |
| Other: FRANCHISE TAX BOARD | $ 1,627.67 | $ 0.00 | $ 531.77 |

Total to be paid for chapter 7 administrative expenses        $        80,815.32

Remaining Balance        $        0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: <u>/s/ Karen Sue Naylor</u>

Trustee

Karen Sue Naylor

P.O. Box 504

Santa Ana, CA 92702-0504

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.